UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE N. EDMOND,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.  1:26-cv-00140-KES-FJS<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Due to the current status of this case, the SCHEDULING CONFERENCE currently set for April 9, 2026, is continued to **July 8, 2026, at 10:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer**.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.  NOTE: Motion to Dismiss (Doc. 30) pending.

IT IS SO ORDERED.

Dated:  __**March 26, 2026**__

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1