UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE N. EDMOND,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  1:26-cv-00140-KES-FJS

ORDER TAKING PLAINTIFF'S MOTIONS FOR SANCTIONS UNDER SUBMISSION WITHOUT NEED FOR DEFENDANT'S OPPOSITION

(ECF Nos. 36, 37)

On April 22, 2026, Plaintiff filed a motion for Rule 11 sanctions on the basis of three mistaken dates contained within the government's motion to dismiss. (ECF No. 36.) The next day, Plaintiff filed a second motion for Rule 11 sanctions on the same grounds. (ECF No. 37.) The Court is in receipt of Plaintiff's motions for Rule 11 sanctions. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. L.R. 230(g). The government has not yet had an opportunity to file an opposition, but the Court finds a response unnecessary. The motions are deemed submitted.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____

UNITED STATES MAGISTRATE JUDGE