UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE N. EDMOND,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.  1:26-cv-00140-KES-FJS<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>Date:   June 5, 2026<br>Time:  10:00 a.m. |

Plaintiff Jessie N. Edmond Barbour ("Plaintiff") is proceeding *pro se* in this civil action pursuant to the Federal Tort Claims Act ("FTCA") against Defendant United States of America ("Government").  (ECF No. 1.) This case was reassigned from Magistrate Judge Grojean to Magistrate Judge Singer on March 23, 2026. (ECF No. 31.)  Accordingly, the scheduling conference set for April 9, 2026, was continued to July 8, 2026, at 10:00 am in Courtroom 8. (ECF No. 34.) Given that both Plaintiff and the Government have motions pending, the court finds it appropriate to issue a scheduling order to clarify the status and history of the case.

Accordingly, it is HEREBY ORDERED as follows:

1.  An <u>in-person scheduling conference is set for June 5, 2026, at 10:00 a.m. before the undersigned in Courtroom 8 (FJS);</u>

2.  Prior to the scheduling conference the parties shall in good faith attempt to discuss the status of the case and clarify party positions;

1

3.  No later than <u>seven (7) days prior to the scheduling conference</u>, the Government shall file a report including a brief recitation of the facts, procedural history of the case, the parties' position, and the status of the case.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2