UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE N. EDMOND, | Case No. 1:26-cv-00140-KES-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

On June 5, 2026, the parties appeared for an in person scheduling conference. Given the pending motion to dismiss (ECF No. 30), the United States of America (Defendant) requested a continuance of the scheduling conference currently set for July 8, 2026, by ninety (90) days. Plaintiff Jessie N. Edmond raised no objection. Accordingly, the SCHEDULING CONFERENCE currently set for July 8, 2026, is continued to October 6, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file a joint scheduling report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by zoom/telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE