UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE N. EDMOND,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:26-cv-00140-KES-FJS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Docs. 40, 41

Plaintiff Jessie N. Edmond ("Plaintiff"), proceeding *pro se*, filed this action on January 9, 2026. (Doc. 1.) On May 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motions for Rule 11 sanctions be denied, on the grounds that Defendant, the United States of America, did not willfully or malevolently certify the erroneous dates at issue.[1] (Doc. 40.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) On May 4, 2026, Plaintiff filed objections to the findings and recommendations. (Doc. 41.) Plaintiff's objections fail to establish that Rule 11 sanctions are warranted.

[1] Plaintiff filed duplicative copies of his motion for Rule 11 sanctions, docketed at Doc. 36 and Doc. 37.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 1, 2026 (Doc. 40) are **ADOPTED IN FULL**.

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE