IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE N. EDMOND,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 1:26-cv-00140-KES-FJS<br>ORDER GRANTING DEFENDANT UNITED STATES' REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE<br>(ECF No. 48) |

This court has considered Defendant United States' request for a continuance of the scheduling conference. (ECF No. 48.)

Finding that good cause exists, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for October 6, 2026, is CONTINUED to January 6, 2027, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer;

2. The joint scheduling report shall be due seven (7) days before the scheduling conference; and

3. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE